# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | **CRIMINAL NO. 08-CR-057 (TNM)** |
| v. : | |
| **ANTONIO EZEQUEL CARDENAS-GUILLEN, et al.,** : | |

## NOTICE OF WITHDRAWAL

The United States of America, by and through the Chief of the Narcotic and Dangerous Drug Section of the Criminal Division, United States Department of Justice, hereby informs the Clerk of this court and all parties of record that Duane Ramseur, can be terminated as counsel of record for the Government in the instant matter.

Respectfully Submitted,

MARLON COBAR, Chief
Narcotic and Dangerous Drug Section
Criminal Division
United States Department of Justice

By:  */s/ Janet Turnbull*
Janet Turnbull
Trial Attorney
Narcotic and Dangerous Drug Section
Criminal Division
U.S. Department of Justice
145 N Street, NE
Washington, D.C. 20530
Tel.:  (202) 616-2576
Email: Janet.Turnbull2@usdoj.gov

1

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was sent via ECF to the Defendants' counsel on record this 2nd day of April 2025.

/s/ Janet Turnbull
Janet Turnbull
Trial Attorney
Narcotic and Dangerous Drug Section
Criminal Division
United States Department of Justice
